IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRANCE BRUNSON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 25-CV-7361** |
| | : | |
| **JUDGE JOHN J. WHELAN,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 7th day of January 2026, upon consideration of the Complaint (ECF No. 2), *Emergency Motion for Temporary Restraining Order and Preliminary Injunction*, (ECF No. 3), and *Emergency Motion for Appointment of Counsel,* (ECF No. 7) filed by *pro se* Plaintiff Terrance Brunson, it is hereby **ORDERED** that:

1. Brunson's Complaint is **DISMISSED**, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's Memorandum.

2. Brunson's Emergency Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED**.

3. Brunson's Emergency Motion for Appointment of Counsel is **DENIED,** as moot.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*